**Melvin HOWELL, Petitioner,**

v.

**DEPARTMENT OF the NAVY, Respondent.**

**No. 02–3229.**

United States Court of Appeals, Federal Circuit.

Nov. 8, 2002.

ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**BROOKHILL–WILK 1, LLC, Plaintiff–Appellant,**

v.

**INTUITIVE SURGICAL, INC., Defendant–Appellee.**

**No. 02–1145.**

United States Court of Appeals, Federal Circuit.

Nov. 8, 2002.

*ORDER*

Brookhill–Wilk 1, LLC appeals from the October 28, 2002 Judgment of the United States District Court for the Southern District of New York. The appeal having been filed within the 30–day period specified in this court's October 15, 2002, order,

IT IS ORDERED THAT:

(1) The appeal is reinstated under its original docket number.

(2) The case will be decided on the briefs filed in this appeal and by the same merits panel that heard oral argument in this court on October 10, 2002.